Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>JORGE P. NAH-LOPEZ,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 10-27094 JTM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
|---|---|---|

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.  The following creditors were to have received a 0.19% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 7 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $0.72 |



| | | |
|---|---|---|
| 10 | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | $0.77 |
| 12 | RC WILLEY FINANCIAL SERVICES<br>PO BOX 65320<br>SALT LAKE CITY, UT 84165-0320 | $1.02 |
| 13 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $2.30 |

3.  A check in the amount of $4.81 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 23 day of November, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of ~~October~~ November, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>U.S. Trustees Office
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

*[signature]*